KILBOURN v. WATEROUS ET AL.

In an action of trespass against a number of defendants, who severally pleaded not guilty, the jury found a verdict for the plaintiff, omitting to mention two of the defendants. — And on motion, the court set the verdict aside, as not comporting with the issue.